ORIGINAL

DAVID J. COOK, ESQ. (State Bar # 060859)
ROBERT J. PERKISS, ESQ. (State Bar # 62386)
DEBRA D. LEW, ESQ. (State Bar # 114537)
COOK, PERKISS & LEW
A PROFESSIONAL LAW CORPORATION
333 Pine Street, Suite 300
San Francisco, CA 94104-3381
Mailing Address: P.O. Box 270
San Francisco, CA 94104-0270
Tel.: (415) 989-4730 Fax: (415) 989-0491
File No. 43,277

Attorneys for Plaintiff
DON KING PRODUCTIONS/KINGVISION

FILED
AUG 3 0 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DON KING PRODUCTIONS/KINGVISION, Plaintiff, vs. KEVIN MORAN, et al., Defendants. | CASE NO. C97-3776 MMC<br><br>[~~PROPOSED~~] ORDER AUTHORIZING PROCESS SERVER TO LEVY EXECUTION PURSUANT TO C.C.P. § 699.080 |

Based upon the Declaration of David J. Cook, Esq., and finding that DDS Legal Support System/VSC Attorney Service is a registered process server, having filed a certificate of registration with the County Clerk, Orange County Superior Court, and otherwise authorized to perform the services pursuant to C.C.P. § 699.080, and furthermore finding that the use of a private process server would serve the interest of justice in relieving the United States Marshal from effectuating certain types of services necessary to effectuate collection of the Judgment herein, and furthermore finding that the use of a process server is ~~routine in the enforcement of a Judgment, and~~ authorized by California law, which is applicable herein under F.R.C.P. 69 and Bkrtcy.C. § 7069, and upon ex parte application, and for good cause appearing. therefore.



Copies Mailed to
Parties of Record

IT IS HEREBY ORDERED that Plaintiff may employ the services of DDS Legal Support System/VSC Attorney Service to perform the duties and responsibilities of a levying officer as defined under C.C.P. § 699.080.

IT IS FURTHER ORDERED that DDS Legal Support System/VSC Attorney Service shall comply with the requirements of the California Code of Civil Procedure in the enforcement of judgments, consistent with and in conformity to C.C.P. § 699.080.

DATED: 30 Aug 07

~~MAXINE M. CHESNEY~~
JUDGE OF THE UNITED STATES
DISTRICT COURT

F:\USERS\DJCNEW\blarney.exps

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

DON KING PRODUCTIONS,

Plaintiff,

v.

MORAN, ET AL et al,

Defendant.
_____________________________/

Case Number: CV97-03776 MMC (BZ)

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 30, 2007, I SERVED a true and correct copy(ies) of the attached **ORDER AUTHORIZING PROCESS SERVER TO LEVY EXECUTION PURSUANT TO C.C.P. § 699.080**, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

David J. Cook
Cook Perkiss & Lew
333 Pine St 3rd Flr
San Francisco, CA 94104

Douglas P. Haffer
Law Offices of Douglas P. Haffer
520 3rd St
Ste 101
Oakland, CA 94607

Illise M. Schulman
1064 Camellia Dr
Alameda, CA 94502

Robert J. Evans
1736 Franklin, 10th Flr.
Oakland, CA 94612

Dated: August 30, 2007

Richard W. Wieking, Clerk
By: Rose Maher, Deputy Clerk