**EJ-001**

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, address, and State Bar number)*:
After recording, return to:

ERIC BENSAMOCHAN
ERIC BENSAMOCHAN, BAR#255482
THE BENSAMOCHAN LAW FIRM INC.
30851 AGOURA RD SUITE 114
AGOURA HILLS, CA 91301
TEL NO.: 818-907-586 FAX NO. (optional): 818-461-595
E-MAIL ADDRESS *(Optional)*:

[X] ATTORNEY FOR [X] JUDGMENT CREDITOR [ ] ASSIGNEE OF RECORD

~~U.S DISTRICT COURT NORTHERN DISTRICT~~
[illegible]

STREET ADDRESS: 450 Golden Gate Avenue
MAILING ADDRESS: P.O. Box 36060
CITY AND ZIP CODE: San Francisco, CA 94102-348
BRANCH NAME: NORTHERN DISTRICT-SAN FRANC

*FOR RECORDER'S USE ONLY*

PLAINTIFF: DON KING PROMOTIONS/ KINGVISION

DEFENDANT: ROBERT J COLELLA AND MICHAEL J. MOXIE, INDIVIDUALLY AND AS PRINCIPALS OF COPA'S

CASE NUMBER: 3:97-CV-03776-MMC

## ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS

[ ] Amended

*FOR COURT USE ONLY*

1. The [X] judgment creditor [ ] assignee of record applies for an abstract of judgment and represents the following:
   a. Judgment debtor's
   Name and last known address

   ROBERT J COLELLA INDIVIDUALLY AND
   AS PRINCIPAL
   75 OLD RANCH RD
   NOVATO, CA 94947

   b. Driver's license no. [last 4 digits] and state: [X] Unknown
   c. Social security no. [last 4 digits]: 4353 [ ] Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or mailed to *(name and address)*:

   ROBERT J COLELLA INDIVIDUALLY AND AS PRINCIPAL
   1615 4TH STREET SAN RAFAEL, CA 94901

2. [X] Information on additional judgment debtors is shown on page 2.
3. Judgment creditor *(name and address)*:

   DON KING PROMOTIONS/ KINGVISION C/O 30851 AGOURA RD
   # 114 AGOURA HILLS, CA 91301

4. [ ] Information on additional judgment creditors is shown on page 2.
5. [ ] Original abstract recorded in this county:
   a. Date:
   b. Instrument No.:

Date: 2/6/2020

ERIC BENSAMOCHAN
(TYPE OR PRINT NAME)

(SIGNATURE OF APPLICANT OR ATTORNEY)

6. Total amount of judgment as entered or last renewed:
   $ 31,334.18
7. All judgment creditors and debtors are listed on this abstract.
8. a. Judgment entered on *(date)*: 9/9/08
   b. Renewal entered on *(date)*: 9/7/18
9. [ ] This judgment is an installment judgment.

10. [ ] An [ ] execution lien [ ] attachment lien is endorsed on the judgment as follows:
    a. Amount: $ 0.00
    b. In favor of *(name and address)*:
11. A stay of enforcement has
    a. [X] not been ordered by the court.
    b. [ ] been ordered by the court effective until *(date)*:
12. a. [X] I certify that this is a true and correct abstract of the judgment entered in this action.
    b. [ ] A certified copy of the judgment is attached.

[SEAL]

This abstract issued on *(date)*: March 6, 2020

Clerk, by *Susan Y. Soong* , Deputy
Felicia Brown

| PLAINTIFF: DON KING PROMOTIONS/ KINGVISION<br>DEFENDANT: ROBERT J COLELLA AND MICHAEL J. MOXIE, INDIVIDUALLY AND AS PRINCIPALS OF COPA'S | COURT CASE NO.:<br>3:97-CV-03776-MMC |
|---|---|

**NAMES AND ADDRESSES OF ADDITIONAL JUDGMENT CREDITORS:**

13. Judgment creditor *(name and address):*

14. Judgment creditor *(name and address):*

15. ☐ Continued on Attachment 15.

**INFORMATION ON ADDITIONAL JUDGMENT DEBTORS:**

16. Name and last known address

MICHAEL J. MOXIE
75 OLD RANCH RD
NOVATO, CA 94947

Driver's license no. [last 4 digits] and state: ☒ Unknown

Social security no. [last 4 digits]: 0396 ☐ Unknown

Summons was personally served at or mailed to *(address):*

1615 4TH ST.
SAN RAFAEL, CA 94901

17. Name and last known address

Driver's license no. [last 4 digits] and state: ☐ Unknown

Social security no. [last 4 digits]: ☐ Unknown

Summons was personally served at or mailed to *(address):*

18. Name and last known address

Driver's license no. [last 4 digits] and state: ☐ Unknown

Social security no. [last 4 digits]: ☐ Unknown

Summons was personally served at or mailed to *(address):*

19. Name and last known address

Driver's license no. [last 4 digits] and state: ☐ Unknown

Social security no. [last 4 digits]: ☐ Unknown

Summons was personally served at or mailed to *(address):*

20. ☐ Continued on Attachment 20.