THOMAS PETER RILEY, BAR# 194706
Law Offices of Thomas P. Riley, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227
626-799-9797 Fax: 626-799-9795
Email: TPRLAW@att.net
ATTORNEY FOR PLAINTIFF

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DON KING PROMOTIONS/ KINGVISION Plaintiff, vs. KEVIN MORAN, et al., Defendant, | Case No 3:97-CV-03776-MMC **NOTICE OF DISASSOCIATION OF COUNSEL** |

PLEASE TAKE NOTICE that Thomas P. Riley, P.C., attorney of record for Plaintiff, Don King Promotions/ Kingvision, hereby disassociate Eric Bensamochan of The Bensamochan Law Firm, Inc. co-counsel for Don King Promotions/ Kingvision, in this matter. The name, of the disassociated counsel is:

Eric Bensamochan, Bar# 255482
The Bensamochan Law Firm, Inc.
30851 Agoura Rd # 114
Agoura Hills, Ca 91301
Phone; 818-907-5866 Fax 818-461-5959

Thomas P. Riley, of the Law Offices of Thomas P. Riley, and Eric Bensamochan, of The Bensamochan Law Firm, Inc. concur in the filing of the Notice of disassociation of Counsel.

I a**ccept the above disassociation**

Dated: 5-10-22

/s/ Eric Bensamochan
Eric Bensamochan

**I consent to the above disassociation**

Dated: 5-10-22

/s/ Thomas P. Riley
Thomas P. Riley

## CERTIFICATION

I, Eric Bensamochan, am the ECF User whose identification and password are used to file this disassociation of Counsel. In compliance with General order 45.X.B., I hereby attest that Thomas P. Riley, has concurred in this filing.

Dated: 5-10-22

**The Bensamochan Law Firm, Inc**

**By: /s/ Eric Bensamochan**
**Eric Bensamochan**